

ATTACK SHEET          DELANEY G. MARKS    HONORABLE SERVICE
CITIZEN COMPLAINT                          HONORABLE YET
UNCONSTITUTIONAL INDECENCY                 STAN.
ACTS TO "REMEDY APPEALS", DISTORY       FILED
CONDEMNED FIRST OFFENDER AND              SBA
APPEAL                                    JUL 5 2007

           WANTON STATE HOUSING         RICHARD W. WIEKING
   WHILE TAX "FEEDING" FEDERAL 8th AMEND.  CLERK U.S. DISTRICT COURT
INTENTIAL VIOLATIONS                      NORTHERN DISTRICT OF CALIFORNIA

   "CITIZEN COMPLAINT ON                   SBA
   APPEAL"

                                  C 07   3501   (PR)

                          COMPLAINT FOR DECEN
                          TLY HOUSING JUSTICE
                                      3/6

PROBLEM ARISING FROM "JIMMIE LEE MARKS MY "CHIEF EN
EMELY, LIKE I HATE THE "NIGGA" (72) YEAR "OLD" MAN, JIM
MIE LEE MARKS, BILL BOARD MUSIC AND RECORDS. EXCESS
IVE, CRUELTY, VOODO, UNSANITARY TRIAL, WHILE BLOOD,
WASTE, SALAVIA, BLACK OUT, MENTAL DEFECTS, ROPE-A-
DOPE STYLE FEEDING OF MENTAL DEPTRESSED, TOXIC RAT
PACKAGED BODILY FOOD POSINING TO CAUSE MENTAL AND PHYSI
CAL DAMAGES, PHYSICAL AND MENTAL DISORDERS - SEVERE
CONSTIPATION DIET (3) - TIMES A DAY SEVERE PAINFUL STO
MACH PAINS "NEVER", GROWING DISORDERS AND PAINS, EX
CESSIVE BOWEL MOVEMENT EACH TIME YOU READ OF THINK
OF APPEALS "CORRECTION" AND LEGAL REMEDY -- VOODO FO
OD POSINING THREE TIMES DAILY INFECTED BY JIMMIE LEE
MARKS THE MAN'S A VERY POOR ROOSTER WITH SMALL AMBITION
WHO KILLED MY MOTHER IN MICH 1989. I HAD KNOW ████
RELATIONSHIP WITH JIMMIE LEE MARKS OF MARKS FAMILY OF
ALAMEDA CITY, ONLY NATURAL MOTHER, ONLY MRS. MARKS
MANAGER OF KELLOGES CETIAL FOOD COMPANY, WHO OFTEN
GAVE AID WITH MY SCHOOLING PROGRAM WAS MURDER
AND KILLED BY VOODO HEART ATTACK FOOD POSINING FROM
JIMMIE LEE MARKS. WHO CONSIDERS HIS SELF A OLD PLAYER
-- VOODO ALSO CAUSING EXTREME BLINKING OF EYES, AND EYES
TO BLINK AND FUNCTION LIKE A OLD STABLE HORSE. I'M GROPED
OFTEN TIMES FEELING LIKE MY MIND IS "WARPED,

                    7           SEE BACK PAGE

*1.*

"BRAIN DAMAGE"
Food Poisining "FALL"
Food Posining
TAPER" LOUI BROTHAN
PRELIMET SEAN PAUL
ASSEE DON OMAR & EPIE RE IS NOT 3-ML

*2.* I CAN HEAR VOICES TALKING IN THE BACK OF MY MIND WHILE I AM SLEEP -- LIKE SOME KIND OF VOODOO DOLL. ALSO WHILE I AM WRITING LEGAL WORK, WATCHING TELEVISION, ALSO THEY ARE DESTORYING ABILITY TO THINK, SIMPLY BLANK AND LOSING THE ABILITY TO SPEAK CLEARLY, "DESTORYING TALENT" TO RAP AND SIMPLY THINK WHILE TALKING AND TO SIMPLY TALK. JIMMIE LEE MARKS
A.S. DESTORYED & DISTURBED & REWY MY STATE WITH VOODOO

VOICE CHANGED TO SOUND LIKE HIS WITH HEAVY SALVIA IN MOUTH, EVERY TIME YOU EXERISE OT AWAKE FROM SLEEP A VERY- VERY "FOUL" ODES SMELL COMES IN TO MOUTH. THE BULL SHIT FROM EARTH WIND AND FIRE THREE DECADES AGO CITY OF ALAMEDA, HOUSING PROJECT AND SPITTING OF "BLOOD". I'VE HAD STOOL TESTING AND CHEST AND LUNG EXRAY'S SAN QUENTIN MEDICAL

FOOD POSINING IS MAKING ME VERY SICK FEELS LIKE I AM ABOUT TO DROP DEAD, AND EXTREMELY UPSET FROM THE CRUEL INCENTRY AND THUG WITCHCRYPT DALLY AND EXESS IVE FROM OUTLAW JIMMIE LEE MARKS AND COMPANY--

THAT DRIVES A HUMAN AND HUMAN MIND TO "MURDER" AND TO MURDER HIS BLACK ASS, THE MOTHER FUCKER, ME FOR TO PLAY ANOTHER "ROLE", THE INCENTRY "NIGGA" IS NOT MY FATHER

THERE INTENT AS HIS INTENT IS TO DESTORY MY APPEAL DESTORY ANY HOPE FOR A SENTENCING LESS THAN DEATH AFTER (17) YEARS OF IMPRISONMENT AND THEM "HAMMER" TIME NIGGA'S RIDING HIGH. WITH WALT DISNEY KISSING THE YE ASS.

OT FOT ME TO SIMPLY DROP DEAD IN MY CELL, NEVER SEE THE STATE GENERAL PUBLIC, OT BE "REVERSED, OVET TURNED FROM CAPITAL IMPRISONMENT.

OTIS. 69
AERIL MARKS U.S. NAVAL VETERAN, THAT
THE BOYPS PARK STREET, ALAMEDA PURPLE
HEART SEPTEMBER 1976
IMMANUEL D. EMPEROT 2-80253 (1983
845 L.K. ROUNTREE

AND VERDICT LESS THAN DEATH "I WILL GET BACK AT OUTLAW, JIMMIE LEE MARKS, NOTA MARKS LOLO TALKS AND DAMNET TIME ORIGINAL

ADNVICTION SUFFERED 1990.

CONDEMNED YEAR 2007
SERVICE SAME, 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
FATHER NONE, MOTHER DISNEY DECEASED
1989. KELLOGES. (CONDEMNED TOWNSHIP
3-ML

3-ML

LOCK DOWN TIME(S)

1... IMMANUEL D. EMPEROR DOUBLE PURPLE

Orgin.
S040575

Clerk:

United States Courts
Northern District of California
450 Golden Gate Avenue S.F.
Calif:

Vomit "Shit
Blood Feeding
s/a
"Indigents"

Good Morning Courts;

Inmate by true name, Delaney Keith Marks CDL L:80253 L.A. County CDL E:20346, now condemned prior honorable service, honorable vete that took to campus college student

Since my taking complaint superior court house Oakland, and complaint solely now being in San Francisco Northern District (17) year inmate (13), year condemned "N inmate now receives, excessive mental abuse, destitance and withcrapt, from supposely Mark Boe Judge Burr and Doctor 7. This extremely "terror" un constitutional (D) up; Defence Epia "Wacko" a mental "Kid" wack case

And Ohio player's Motown, Melton Batally. Excessive mental abuse (24) hours daily to cause mental and physical injurys and then injury by food posining mind locking and refusal of all rights, death of Mark Street Dundy U.S. Navy I am a dancing machine, also chief harassement Natalie Cole, with her Body vomit" in 85% of all my foods also laced in all med ication aiding to locking mind and dropping dead" --- now on Tome's the acting inhiable Jacksons complete misconduct, indecent character unconstitutional behavior

Defendant's, letter of clemency;

CLERK
UNITED STATES COURTS
NORTHERN DISTRICT OF CALIFOY
NLK 450 GOLDEN GATE

ORGIN.
S040575

BOODMORNING;

VOMIT, SHIT
FLEX, BLOOD
FEEDING S/O
"INDENTLY"

LETTER OF CLEMENCY

COURTS, CLEMENCY MERCY JUDGE FOR THE COURTS
AND 450 GOLDEN GATE SAN FRANCISO DISTRICT
RESPECTFULLY SIR, WHEN ARE YOU GOING TO GIVE
ME A FAIR CHANCE, FIRST OFFENDER BOOT CAMP
SAN DIEGO, NAS ALAMEDA 1987, TREASURE ISLAND
LIVE WEAPONS MAINTENCE, SPORTS, ORDENANCE BN
STIL, RUNWAY AIRCRAFT, COMMON WORKMEN, AND
HONORABLE VETERAN "CONVICTED" SIR CHARACTER IN
EGATION CONVICTION HAS STOOD NOW (17) YEARS
WITHOUT CLEMENCY MERCY, CIVIL CLEMENCY OR
MERCY AND DISMISSAL OF DEATH SENTENCING BY
THE DEFENDANT DELANEY SEAN MARKS, CDC
C. 80253, E: 20346, 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. I HAVE NOW BEEN
IMPRISONED (17) YEARS AND PUNISHED FOR EACH COMM
ISSION OF THE COURTS CONVICTION, WITHOUT MERCY OR
THY COURTS "CLEMENCY. SIR, AND COURTS THIS LETTER
WRITING ASKING OF YOUR CLEMENCY REFLECTING TO PHYSI
CAL AND MENTAL HEAL DAMAGES I SUFFERED PRIOT
TO APPREHENSION AND AT THE TIME OF D.A. RIOT
AND DEFENDANTS COUNSEL WIES TRIAL BY JURY.
PEOPLES AND ALAMEDA COUNTY V. DELANEY SEAN MARKS

COMPOSE BY; DELANEY
BETAL MARKS
3. M.A. FIRST
(3)
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
FRAUD SOCIAL SERVICE
3-M.A.

"STANDING"

SEAN PAUL; IS
FEDERAL AND STATE "FRAUD"
VIDEO MOTION PICTURE, AND
RAP VOCAL "FRAUD

MARKS V. SHERIFF'S OF ALAMEDA, DUBLIN COUNTY
500,000°° TIER 9th. CIV. SUPREME COURTS FEDERAL
JUDGE SF.M.S.
       THERE WAS KNOWN LEGAL AIDING BY APPOINTED
COUNSEL THAT I SHOULD WRITE A LETTER OF CLEMENCY
TO MY TRIAL JUDGE AT THE (30) DAY PERIOD OF "RED
DYE" AND SENTENCING, AS A LAST POSSIBILITY TO
SPARE MY LIFE FROM EXECUTION. MY HEAD JUST WAS
NOT THERE I HAD SUFFERED TO MUCH INJURYS AND WA
VERY "INCOMPREHENSIVE OF MY CAPITAL TRIAL BY JURY
AND JUST AS HCRC; COUNSEL STATED IN ATKINS V
LITIGATION MY HEAD INJURYS WAS SO "RACK, OFF BALANC
ED AND DISORDERED MY MIND AND PHYSICAL CONDITION
WAS STILL ON THE LEVEL'S OF STATE C.D.C. LEVEL II
IMPRISONED INMATES; SO THAT WAS VERY INCOMPET
ENT AFTER CAPITAL TRIAL, VIOR DEET AND CONVICTION
TO CONDEMNED IMPRISONMENT "INCLOSED" PRISON HOUSING
NOT TO FORWARD A LETTER OF "CLEMENCY" TO TRIAL
JUDGE AND COURTS. I WAS "INCOMPETENT", SIR; AND
NOT FIT FOR THE SKILLED ATTORNEY PRACTICE OF JUA
OF KENNETH BUZZ (17) YEARS, OF IMPRISONMENT I'VE
NEVER SEEN, HAD KNOWLEDGE OF OT WITNESSED BEF
RE;

CLERK

UNITED STATES COURTS

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE,

ORGIN.
S640575

"COURTS                                    VOMIT SHT
                                          EXLAX, BLOOD
                                          FEELING S/O
                                          "INCIDENTS"

LETTER OF CLEMENCY

KNOW BEING SEEN BY MEDICAL DOCTORS OR HAVING
THE CONDITIONS INTERPRETED TO ME, BY PASTOR OR ATTORNE
YS, IN MY DEFENSE APPOINTED BY THE STATE OF CALIFOR
NIA, KNOW KNOWLEDGE OF PREPARATION TO THAT CONDITIONS
BLIND AND BLIND FOLDED AND TAKEN TO DEATH ROW HOUSI
NG AND CONDEMNED LIFE FROM ALL THE HEAD INJURYS, SI
FEELING AND TRAMUA FROM PHYSICAL FORCE AND EDITED
ESA SEIZURE DISORDER, WEE THAT COUNSEL STATE BY,
DELANEY RYAN MAYS, I AM JUST REACHING "COMPETEN
CCY", THIS WAS SUPPOSE TO BE MY "BEHAVIOR (13) YEARS'
AGO IN THE COURSES OF REPORT AND SENTENCING BUT I
WAS INCOMPETENT, SUFFERED EXCESSIVE HEAD INJURYS
ALTERING MENTAL FUNCTIONS OF COMPREHENSION LIKE I
WAS RETARDED AND HAD "KNOWONE" WITH ENOUGH COMPA
SSION FOR ME, TO GIVE THESE "HELP PEOPLE AND JUST BE
EN WAITING YEARS FOR ME TO "SLIP OR SUFFER OPERA
HEAD INJURYS OF LOSING COMPREHENSION AND INCOMPET
ENCY OR CONSTITUTIONAL FAILURE -- FOR THE PERFECT
TIME AND TIMELY ORDER TO PULL, THESES NUMBERS AND
TAKE MY YOUNG LIFE BY DEADLY WEAPONS OR CONDEMN

ED LIKE A YOUNG MAN WHO KNEW NOTHING ABOUT
CAPITAL LIFE OR CAPITAL IMPRISONMENT WITHOUT KNOWLED
GE OF HIS NOW MAXIMUM HARDEN DREADFUL, STRICTER
FROM INCOME HOUSING CONDITIONS HE NOW FACED, TOTAL
CONFINED, ILLMORAL, ANIMALIST CONDITIONS, MURDEROUS BE
HAVIOR AND COMMUNIST CONDITIONS "DEATH ROW," CONTROL
FEEDING FOOD POSINING, FIRE ARM FIRST OFFENDER VICTIM
PLEADS HIM INNOCENT AND ████ "REALITY" THERE WAS NE
VER A "TAPE" STATEMENT NOTES ONLY.
DEFENDANT NOT AT ANY COMMISSIONS, DEFENDANT
ARE AN ACCUSED APPELLANT HELDED PRISONER, NEVER
ANY LAUGHTER OR SMILING, "CRUELTY, HATE, AND CORP
TRUALITY UNREFINENESS OF ALAMEDA COUNTY.
"CHIEF TRIAL COUNSEL, I AM SIMPLY ASKING FOR YOUR
"CONSTITUTIONAL", AND MORAL UNDERSTANDING CLEMENCY
████ MERCY AND A SECOND CHANCE WITH SOCIETY, RES
PECT FULLY FOR DISMISSAL OF DEATH SENTENCING.

CLERK
UNITED STATES COURTS
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE

ORGIN.
S040575

"COURTS

VOMIT SHIT
EXLAX, BLOOD
FEEDING S/Q
"INCREDERS"

LETTER OF CLEMENCY

"CRUELTY, EXCESSIVE CRUELTY I DAILY LIVE "WITH
FOOD POISING AND WATER POISING TO PUT SCARS ON MY
FACE", BOTH SIDES THIS BEGAIN 6-7-2007. SAN QUENTIN
PRISON FOOD PROCESSING AND DRINKING WATER TERRORIST
SCIENCE TO CAUSE FACIAL CUT'S AND PINK LIPS TO REIN
ALL PHYSICAL REACTIONS AND DISOYDER LAW AND
MUSIA CHYTEY. EVERYTIME AFTEY SLEEPING TO AWAKE
WITH A UNWATEABLE FUNKY BREATH ODOY, SMELL THE ODO
YS OF WASTE AND BLOOD COMES INTO MOUTH AND LUNG'S
AND EACH TIME I USE PHYSICAL ENERGY. TERRORIST STATE
AL INQUIRY FOOD PROCESSING. CDC ID NO. C-80253 AM
NO PRISON LEGAL HALL (1983-84) L.A. COUNTY. DELANEY
RETAL MARKS

CRUELTY—— MENTALLY RETARDED MAN, INMATE DONALD
BEARDS LEE, SCHWATZENEGGEY AT LEAST OFFICE A CLE
MENCY HEARING IN FRONT OF HIS BOARD OF PRISON TERMS
FOY DONALD BEARDSLEE, BEFORE ORDERING THE "RYKIN DA
MACE", MAN TO DEATH BY SAN QUENTIN EXECUTION SO
NOW, FACED WITH THE EXTRAORDINARY, INTERNATIONAL LEV
EL OF SUPPORT FOR MERCY FOR STANLEY WILLIAMS, WHAT
CHOICE DID HE HAVE. MENTALLY RETARDED MAN OYANGE
COUNTY THOMAS THOMPSON, 5-4 OPINION LEAD TO HIS EX
ERUTION- HERE IN CALIFORNIA, THE CALIFORNIA STATE SENA
TE VOTED IN AUGUST 2004 TO CREATE A COMMISSION ON
THE FAIY ADMINISTRATION OF JUSTICE "TO STUDY AND RE
VIEW THE ADMINISTRATION OF CRIMINAL IN CALIFORNIA.
INTERNATIONAL CRITICISM OF THIS COUNTY'S JUSTICE
SYSTEMS HAS NOW UNITED AND SITED BY THE UNITED
STATES SUPREME COURT WHEN IT DRAMATICALLY REVEY
SED COURSE AND RECOGNIZED THAT EVOLVING, STANDAY

cy of decency prevents execution of the mentally retarded and of those who committed murder as juveniles while this is good news for Thomas Bolstein and Peter Sakatias, and hopefully for my Delancey Beth Marks, and others whose appeals are pending, "it comes tragically too late for "Thomas Thompson."

Mentally retarded San Quentin inmate Thomas Bolstein who had served (24) years for a murder he consistently claimed he did not commit was released over turned because it was based in large part on the unreliable testimony of Edward Fink — the same jail house informant that prosecutors used in Thompson case. Fink testified that Bolstein had confessed to the murder when the two were incarcerated together. The Ninth Circuit had held a district court ruling that Fink (as he did in Thompson's case) testified falsely. Mentally retarded San Quentin inmate Peter Sakatias, the contrast in outcome between the Bolstein and Sakatias cases and Thompson's case highlights the irrevocable nature of the death penalty and the fallibility of the criminal justice system. Without question if "Thompson claims were being litigated today he would be granted a new trial. W.W.W. Death Penalty Org. The Senith death penalty, (focus 870 Market St. see 859 S.F. petitioner to be executed Delancey Beth Marks intellectual deficits and "impair cognition), "impaired adaptive functioning render him mentally retardation. See

CLERK
UNITED STATES COURTS
NORTHERN DISTRICT OF CALIFOR
NIA 450 GOLDEN GATE.

ORGIN.
SO40575

"COURTS

VOMIT SHIT
EXLAX, BLOOD
FEELING S/Q
"INSANELY"

LETTER OF CLEMENCY

ATKINS V. VIRGINIA, 536 U.S. 304 (2002) EIGHTH AMEND
MENT PROHIBITS EXECUTING THE MENTALLY RETARDED. AND
IN RE HAWTHORNE, 35 TH 4TH 40 (2005) ENTITLING
PETITIONER TO POST-CONVICTION OF MENTAL RETARDATION.
MY MARKS ATTORNEYS BELIEVE THAT THE JUDGE ASSIG
NED TO DECIDE THE QUESTION TRIAL JUDGE FOR THE TWO
LOTS HONORABLE PETITION HONEY. COMPLAINT 109184,
SO40575, S110988, SAME JUDGE HONEY. IN MY CLOSE
OF MY LETTER OF CLEMENCY AND MERCY, IS CHARACTER
MITIGATION THAT MAY HOPEFULLY GIVE AID OF REASONING
TO "SPARE" MY LIFE FROM EXECUTION.

MITIGATION, APPEALS COURTS STILL WITHOUT KNOWLEDGE
RECORDS OF COMPLETE CAPITAL CRIMINAL LAW INVESTIGA
TION---TRIAL JUDGE, FOR CHARACTER AND CURRENT CHAR
ACTER I HAVE (6) TO (10) LISTING HONORABLE AND GREAT
THINGS OF MY BEHAVIOR AND PUBLIC WORK HABITS---BANK
BUDGET 56 AND SAN PABLO SUPERVISOR TIM, CITY OAKLAND
ASKED 1,000 DEPOSIT A NIGHT INTO A VOTE WITH MY
SIGNATURE I SUFFERED A GROWING INJURY, BANK BUDGET
BETWEEN 19TH. AND 30TH. EAST 14 CITY OAKLAND CASHIER,
1,000 DEPOSIT A NIGHT, SUPERVISOR MY LINK, FEMALE
VOICE, FIELD SUPERVISOR BOTH LOCATIONS JESSE. EMPL
OYEE AMERICAN SECURITY PAROLE, ASIGNMENT "STRIKE"
WORKER OF EMPLOYEE'S MERYTH HOSPITAL 1987 AMERICA
SECURITY PAROLE DUTYS MAINTAINS "DIRECT" AND COMMUN
CATION BY TELEPHONE AND SOUND POWER PHONE. CITY OF
OAKLAND 400 BROADWAY, MALE BENEFIT ASSISTANCE SUP
ERVISORS MR. DUKES AND MS. BRATHRONE DUTYS ASIGNMENT
DIAMOND PARK CITY OF OAKLAND FIELD MAINTENANCE

.5                                    - SEE BACK PAGE -

AND OAKLAND HILLS HIS SOCIAL WORK GROUPS -- UNITED
STATES RANGERS, HIS SOCIAL OAKLAND HILLS EMPLOYABLE
WORK PROGRAM, GENERAL ASSISTANCE SEARS DEPARTMENT
STORE "SUMMER" AND "CLERK", BETWEEN 12 AND 16th TELE
GRAPH STREET CITY OF OAKLAND, OAKLAND ALAMEDA COUN
TY B.I. RILL STUDENT 448°° MONTHLY MERRITT COLLEGE CITY
OF OAKLAND ALAMEDA CAMPUS CITY OF ALAMEDA OAKLAND
ALAMEDA COUNTY CAMPUS STUDENT CLERK AND 2,500°° PER
GRANT "WINNER" SEPTEMBER 1990, CITY OF OAKLAND, OAKLAND
ALAMEDA COUNTY "LAW" OF COLLEGE CAMPUSES (8) AND (9) AND
10th MONTH 1990 B.I. RILL LAW CAMPUS.

"SSI BROUGHT 700°° DOLLARS PER MONTH CITY OF OAKLA
ND SEPTEMBER, OAK, 1990 FOR MENTAL INCAPABILITY'S BACK
IN DAMAGES, MEMORY AND COMPREHENSION DISORDERS. SEIZ
URES, "EPILEPSY" LEAVES ME LIFELESS WITH VERY, VERY POOR
MENTAL FUNCTIONS, MENTAL STATES OF RETARDATION --
DUE TO REMOVAL AND LOSS OF MEMORY AND COMPREHEN
SION; FROM HEAD INJURYS AND FLASHING BACK INJURYS FROM
HEAD INJURY SUFFERED. JUDGE GEORGE L. NELSON JUDGE
OF CALIFORNIA, COUNTY OF ALAMEDA CAN GIVE EXECUTIVE
TESTIMONY THERE WAS NEVER A "TAPE", STATEMENT GIVEN
BY "DEFENDANT" OAK HOMICIDE POLICE TESTIMONYS WE
RE HE DID ACT AS CAPITAL TRIAL JUDGE
CAB DRIVER WILLIAMS GIVES TESTIMONY I NEVER MADE
ENTRY TO HIS CAB DRIVER'S CAB AT "NO" TIME PERIODS THE
NIGHT OF THE EVENT OF COMMISSIONS FOR IDENTIFICATION
CAB DRIVER WILLIAMS STATES I AM NOT THE BLACK MALE
WHO GOT INTO HIS CAB DRIVER'S CAB, AS A COMMISSION EVE

CLERK
UNITED STATE COURTS
NORTHERN DISTRICT OF CALIFORNIA

ORGIN.
SO40575

450 GOLDEN GATE.

"COURTS                                    "CRUELTY

LETTER OF CLEMENCY


WITNESS -- VIEW THE DEFENDANT AT APPREHENSION AND
IN CAPITAL ORAL TRIAL, TRIAL JUDGE GEORGE NELSON
BOTH HOMICIDE SERGEANTS CHENAULT AND DAN MERCADO
TESTIFIED THERE WAS NEVER A "TAPE STATEMENT" ON
BY DEFENDANT, OR A "TAPE" STATEMENT, STATEME
NT OF "LAUGHTER" CONCERNING "COMA, TACO BELL FEMALE
ATTENDED CASHET," OR ANY OF THE COMMISSIONS VICTIMS
DEFENDANTS COMMUNICATION WITH POLICE AND HOMICIDE
WAS NOTES "ONLY," DEFENDANT HAD "KNOW COMMUNICAT
ION WITH POLICE AND HOMICIDE BY TAPE STATEMENT,
TEAMS SECTION ROOM (201) WERE CALLED IN FOR "QUESTION
ING" AND INVESTIGATION FOR COMMISSIONS HOMICIDE. HOMICIDE
SERGEANT CHENAULT, HOMICIDE SERGEANT DAN MERCADO,
HOMICIDE SERGEANTS WERE AT THE JACKSON STREET COMM
ISSIONS COMMISSIONS CITY OF OAKLAND COUNTY OF ALAM
EDA 10-17-1990   (17) YEARS AGO STILL NO FAIRNESS, JUS
TICE OR REMORSE FOR DEFENDANT BEEN THATS FIRST OFFE
NSE TO BE CALLED FOR CAPITAL COMPLAINT, CHARGES AND
OFFENSES.


I DO SO SWEAR THAT ALL FORGOING IS TRUE AND CORRECT,
AND I HAVE ASKED FOR MERCY IN THIS LETTER OF CLEMENCY
UNITED STATE COURTS, NORTHERN DISTRICT 450 GOLDEN GATE.
I AM A CHANGED PERSON -- SIR, AND ASK OF THE COURTS AND
PEOPLE, FOR A SECOND CHANCE, WITH SOCIETY AND LIFE,
I ASK OF THE FEDERAL DISTRICT STATE COURTS OF CLEMEN
CY "SIR AND MERCY." FAMILIA PASTOR, REV BETTY QUINHILLA
WILLIAMS, L.E.O. 2351 SO. SHORE CT, #18 ALAMEDA
CA. 94501 ALAMEDA VIOLENCE TASK FORCE PROJECT 639-
9693 PASTOR CHURCH MEMBER ALSO PASTOR JULIUS BIRO

SISTER OF MERCY, TEXAS.

I ASKING SEND MY REGRETS REMORSE, AND HUMAN SORROW
AND CONCERN FOR ALL VICTIMS WHO SUFFERED 10-17-1990 AND
FOR THE SUFFERING OF ALL VICTIMS 10-17-1990, ALSO FAMILY
MEMBERS, AND THE COUNTY OF OAKLAND ALAMEDA COUNTY
AND EACH DISTRICT OF THE NORTHERN RAL APPEALS COURT
THAT I AM THE CONVICTED SUSPECT OF (17) YEARS, FIRST
OFFENDER, I SEND MY FORGIVENESS, REMORSE AND MORAL
HUMAN CONCERN.

COURTS MERCY, CLEMENCY 1=1 DELANEY H. Marks

                    COURTS AND PEOPLE OF THE STATE OF
                    CALIFORNIA CLEMENCY, MERCY - CLEM
                    ENCY "CONDEMNED DEFENDANT
                    DELANEY BETN MARKS, EAST BLOCK
                    SAN QUENTIN PRISON

DEFENDANT ASKING FOR
MERCY AND CLEMENCY
2-BAY-68, E 20346

                    DATE: 6-22-07