I AM INDIGENT AND WITHOUT FUNDS PLAINTIFF IS WITHOUT $350.00

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

ORIGINAL FILED AUG 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Name MARKS DELANGEL B.
(Last) (First) (Initial)

Prisoner Number E-20346

Institutional Address EAST BLOCK SAN QUENTIN CALIFORNIA PRISON SAN QUENTIN SAN QUENTIN TAMAL CA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DELANGEL BERAL MARKS
(Enter the full name of plaintiff in this action.)

vs.

JIMMIE LEE MARKS
MARKS FAMILY CITY
ALAMEDA, OAKLAND
ALAMEDA COUNTY.
(Enter the full name of the defendant(s) in this action)

ALSO: SAN QUENTIN SHERIFFS EAST BLOCK, JACKIE JACKSON. HOODLUM RICK JAMES. MOTOWN, EPIC

Case No. C 07 3501 SBA
(To be provided by the Clerk of Court)

AMENDED
**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SAN QUENTIN PRISON TAMAL CA.

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

SANTA RITA SHERIFF'S EAST 2.
DUBLIN FACILITY'S, I WAS A OUT TO COURT
ONE YEAR AGO WHO NEARLY WON HIS APPEAL.
SAME HOUSE AS SLAMMING MY FACE AGAINST
A CEMENT BRICK BENCH, WITH WANTON WITCHCRAFT,
LEVEL 2. GRAY AND WHITE WITCHCRAFT, CONTINOUS FOOD
POSINING, MENTAL DESTURBANCES, NERVE RACKING (24)
HOURS A DAY, LIKE SILLY LITTLE KIDS. CAPITAL COMPLAINT
IS VERY SERIOUS. I AM A CHANCED PERSON FROM 17½
YEAR'S AGO AND THESE'S PEOPLE ARE "INTERUPTING, DESTRUCTING CAPITAL DUE PROCESS LAW. WITH CONTINOUS WITCHCRAFT
FOOD + POSINING [redacted] LEVEL 2. FUNCTION AND BEHAVIOR.

AFF.
/S/ DELANEY G. MARKS
I.P.E.

1. Informal appeal STATE GOVERNOR STATE SACRAMENTO, SUPERIOR COURT HOUSE TRIAL JUDGE & CHIEF DISTRICT ATTORNEYS

2. First formal level STATE PARDON ATTORNEYS GEN ERAL OFFICES, S.F. PRISON LAW OFFICES DONALD SPECTOR.

3. Second formal level STATE PARDON OF CLEMENCYS ATTORNEYS GENERAL OFFICES, STATE BAR ASS OCIATION 180 HOWARD S.F.

4. Third formal level STATE BAR ASSOCIATION L.A. COUNTYS. SUPREME COURT HOUSE STATE & HABEAS CAPITAL CRIMINAL COURTS; VETERANS ADMINISTRATION, ST LOUIS. MILITARY RECORDS AND CHIEF; SEE BACK PAGE —

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. I THOUGHT AND FELT DURING THE GRIEVANCE PROCESS THE MISCONDUCT FROM POSING ILLEGAL & WRONGFUL BEHAVIOR WOULD STOP CONSTITUTIONAL ILLEGALITY WOULD END BY GRIEVANCING.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

DELANEY BEIAL MARKS P.O. BOX E-20346 2 BAY-68 EAST BLOCK CALIFORNIA STATE PRISON SAN QUENTIN SAN QUENTIN, TAMAL CA; 94974

B. Write the full name of each defendant, his or her official position, and his or her place of employment. JIMMIE LEE MARKS (POSITION) ADULT; PART-TIME ROOFER SENIOR CITIZEN

STATE PERSONAL BOARD MERIT APPEALS OFFICE 80C CAPITAL MALL SACRAMENTO.

PRIOR WRITING: CIVIL COMPLAINT 550,000.00, AND BARBAROUS WANTON SHELTER HOUSING BOTH SANTA RITA JAIL AND SAN QUENTIN PRISON --
100 LIBRARY'S SACRAMENTO CALIFORNIA 914 CAPITAL MALL.

SANTA RITA SHERIFFS EAST 2. CONTINOUS WITCHCRAFT TO CAUSE PERSONAL INJURY AND FOOD POSINING

LIVES [redacted] FRANCISAN WAY CITY OF ALAMEDA; RICK JAMES (HOOTLUM) MOTOWN LABEL AND RECORDS, EPIC FRANKLIN'S FINLEY'S 43. GROVE CITY OAKLAND. ALSO SAN QUENTIN SHERIFFS AND TRUSTEE INMATES SAN QUENTIN PRISON EAST BLOCK.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

DISORDERING PLAINTIFF'S FIVE SENSE AND FUNCTIONS WITH EXCESSIVE; VOODOO FOOD POSINING CREATING EXTREME ANGER, BRAIN AND MENTAL DISORDERED FUNCTIONS, INTENTALLY [illegible] DESTORYING PEICE OF MIND, SPEECH TO TALK, MEMORY AND ABILITY TO MENTAL RECALL AND COMPREHENION. CONTROL FEEDING TO CAUSE A HERNIA DRINKING WATER TO CAUSE A HERNIA AND SEVERE PAIN IN [redacted] GROWING AREA SAN QUENTIN SHERIFFS 2. BAY EAST BLOCK SAN QUENTIN SHERIFF'S TAMAL PRISON, ALSO SAN QUENTIN SHERIFF'S REFUSING ME THE RIGHT TO BUY TAPES OR RECEIVE QUARTLY PACKAGES (A) CONDEMNED INMATE - WITH CONTINUOUS MENTAL DISTURBANCE OF THOUGHT PATTERN.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

THAT FEDERAL LAW SUIT IS FILED AGAINST NAMED DEFENDANT, THAT I AM HOUSED OUT OF THE EAST BLOCK, THAT VOODOO POSINING STOPS THE WATER; MEDICAL FINALY STOPS, THAT THE ALAMEDA VILLAGE PEOPLE STOP THE FOOD POSINING. THAT THE ALLERGIC FEEDING IS STOPPED FOOD DIET FROM 1977-1983. IT IS 2007, THAT A FOOD POSINING LAW SUIT IS SERVED TO OUTLAW JIMMIE LEE MARKS. AND ODOR OF HIS FUNKY BREATH COMING OUT MY MOUTH.

PERSONAL INJURY LAW SUIT "HUMANITY.

FOOD POISINING AND VOODOO TO CAUSE INSANITY AND DESTORY CAPITAL APPEAL THREE TIME DAILY, AND IN ALL PACKAGES AND CANTEEN REMOVING ABILITY TO READ WITH COMPREHENSION, TO HAVE COMPREHENSION, FOR THOUGHT PATTERN TO FUNCTION CORRECTLY; THOUGHT THEN VOICE OR SPEAK. TO STOP FEEDING TO CAUSE SERIOUS "HERNIA INJURY. BRAIN NOT TO FUNCTION OR INTERPET, DESTORYING OF (5) SENSES PLANETARY BREATHING SALIVA GLANDS, TASTE, ETC... BLURRED VISION UNABLE TO SEE OR READ. INSANITY WITCHCRAFT FROM NATURE CODE. VOODOO CONTROL [illegible] ZEO MARKS. "[illegible]" [illegible] FEEDING DUE TO CAPITAL IMPRISONMENT

I WISH TO FILE BOTH STATE AND FEDERAL LAW SUIT -- REASONING INTENTAL FATAL INJURY'S, DESTORYING MENTAL CAPASITY'S, BRAIN FUNCTIONS, & GREAT BODILY INJURY'S. TERRORIST ATTACKS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of 13, 20 07

DeLaney A. Mark
(Plaintiff's signature)

I.D.E.
#

MEYERS PLEASE FILE LEGAL COMPLAINT. JUSTICE, MEYERS.

* STATE CORRECTIONS [illegible]

*Attach Sheet* - one -

III

## STATEMENT OF CLAIM.

WITH EXTREME IMMATURE ILLITING MENTAL INTERFERENCE MENTAL "PEST" FOR ALOHA, VOODOO FOOD POSINING RIFLE VOO 100 FOOD POSINING, TO REMOVE READING COMPREHENSION, ALTAY SPEECH, DESTORY MENTAL BRAIN FUNCTIONS AND COMPREHENSION, FACIAL AND PHYSICAL HUMAN BODY DAMAGE'S DAMAGE TO EYES WITH REPEATED BLINKING LIKE A OLD HALF DEAD WORK HORSE IN A STABLE TRASH, DEFENDANT'S ARE.

JIMMIE LEE MARKS, DECEASED RICK JAMES, AND JIMMIE HENDRIX, TINA MARIA, MC HAMMER WILLOWS CHILDS MOTHER" OF SIX KIDS, DOCTOR I. SWEATOT BRADYS ISLAND HIGH STUDENT CITY OF ALAMEDA YEARS AGO DECEASED SALLIE MAE MARKS, SUGAR FOOT AND THE INO PLAYERS, ELVIS PRESLEY, NATLIE COLE, THE ALAM EDA PROJECTS ATLANIC AND WEBSTER ████ FROM LONG LONG TIME AGO WHERE I NEVER LIVED, CITY OF ████ MEDA, SHERIFFS SAN QUENTIN PRISON THINK, SHERIFFS SAN QUENTIN PRISON 2 BAY EAST BLOCK, SAN QUENTIN EAST BLOCK SHERIFFS "PREMEDITATED WANTON" FATAL HOUSING WATER AND FOOD "FELONG". TO DESTORY LONE WHITE FIRST OFFENDER'S CAPITAL COMPLAINT, DESTRUCTION OF DEFENDANT'S CAPITAL APPEAL. OFTEN TIMES FEELING I SEE MY MIND IS ████ "WARPED" FEDERAL "INTEREN" 8th

THE PROJECTS WERE TORE DOWN (20) YEARS AGO.

3                    SEE NEX PAGE

COMPLAINT

"INCITING BEHAVIOR TO BREAK CAPITAL ANGER"

AMEND VIOLATION TRYING TO CAUSE AND INCITE GREAT ANGER, CONSPIRED METHOD FOR DEFENDANT TO DISCUSS LOUDLY HIS CAPITAL CRIMINAL COMPLAINT OVER THE CONDEMNED TIER, TO SPEAK VERY, VERY ANGERLY WITHOUT CONCERN FOR OTHERS AND DESTROY THE CORRECTION HIS NOW PENDING CAPITAL APPEAL -- DAILY FOOD POISONING IN EVERYTHING I CONSUME, CANTEEN, 1/4 PACKAGES, THREE TIME DAILY CONTROL FEEDING, DRINKING WATER, AND PRESCRIBED MEDICATIONS -- PREMEDITATED INTENTAL DELIBRATE HOMICIDE AND "MURDER" OF ALL NAME DEFENDANTS ALSO POP SINGER MICHAEL JACKSON [illegible] SINGLE RECORDING "LO[illegible] ONE". COULD YOU ORDER THE STATE RIFLE LEVEL 2 LEVEL TO TELEVISION WITCHES TO STOP APPLYING CRUELTY WITCH CRAFT TO CONDEMNED HOUSE 2 BAY 68, INMATE DOUBLE HOMICIDE HOUSED INMATE TO MAKE A LITTLE STREET HASSLE AND MACK STRIPE FOR THEMSELVES -- THIS IS CAPITAL AND SERIOUS NOT FOR THE LEVEL II MIND OR HOUSED LEVEL II PERSONNEL, THAT WHY THEY ARE SEPARATE AND LEVEL III'S FILE SUIT WHEN THEY ARE MIXED. I AM A CONDEMNED [illegible] INMATE "PLEASE QUITE STOP FEEDING AND SERVING ME THESE DIET'S "PLEASE", CLEMENCY THIS IS TO INMATURE AND TO UNCONSTITUTIONAL

ATTACH SHEET -TWO-

III

## STATEMENT OF CLAIM

SUPPLEMENTED: CREATING CAPITAL ANGER THIS OVER THE WILL SILLY LOVE SICK BITCH, SLAVIA CHOMEMAZONES INTO WATER AND FOOD TO MAKE YOU SOUND LIKE HIM, WHEN YOU SOLLOW YOU SOUND LIKE HIM, WHEN YOU TASTE YOU SOUND LIKE HIM, WHEN YOU SPIT YOUR MOUTH TAKE'S THE FACIAL SHAPE JUS LIKE HIM AND WHEN YOU SPIT IT SOUNDS JUST LIKE TH AT BIG FAT FUNKY BREATH MOTHER FUCKER, $62^{00}$ DOLLA MALK WALK CRACKER JACK BOX ASS NIGGA WARLOCK, JIMMIE LEE MARKS, DONALD BONES, RICK JAMES, EARNEST BOND 9. SUPERFLY PRIEST RON ONEAL BILLY DAVIS JR.

THOSE ARE THE PEOPLE WHO HAVE "FALSELY", CONNED NEED ME, "KILL ME", AND HAVE CROSSED ME OUT MY LIFE (17 ½) YEARS FACING THE DEATH PENALTY (MY) MOTHER'S AND AUNTIES "PIMP'S, AND HUSTLERS WHO I HAD KNOWN RELATIONSHIP WITH. THEY ARE THE ASAILERS AND POLICE ASAILERS OF DEFENDANT ARTIM MARKS, J.R.D.E.: MY MOTHER WAS FOUND DEAD 2YEAR 1989. MY CAPITAL APPREHENSION WAS THE LAST "TWO" MONTHS OF 1990 (22) MONTH'S AFTER HER DEATH AND CONCE ALING "ME" DEFENDANT ARTIM MARKS J.R.D.E. PHYSICALLY

SEE BACK PAGE

BECOMING A MILLIONAIRE

NOW THERE JUST TRYING TO USE ME AND MY CRIMINAL COMPLAINT THAT I AM TRYING TO LIVE DOWN AND LESSEN, FOR "THUG STORY" A BIG THING TO THE INDIGENT AND AGGRAVATION AND DEATH, TO A CAPITAL APPELLANT LIKE ADULT KID'S THAT NEVER GREW UP, TO GAIN THE HOUSE GLORY AND THERE NAMES TO APPEAR BIG ON THE STREETS, THEY GOT SOMETHING "GOING ON", IN THE BIG HOUSE ELANE MARKS, JANET JACKSON OPRAH AND CHIEFLY HEARING ALL THIS BULL SHIT TO MAKE IT GO, TO MAKE IT HAPPEN. THEY AIN'T GOT SHIT GOING ON IN TERM OF ME IN SAN QUENTIN PRISON, BUT ME HATING THERE MOTHER FUCKING GUTS WITH ALL ENERGIES, DAILY VOODOO, FOOD POSINING AND VOODOO POSINING FROM MY ENEMY'S AND I WISH THEM NIGGA'S WAS SOME DECEASE DEAD SINKING MOTHER FUCKER'S. PERSONAL INJURY LAW SUIT STATE TORT VOODOO FOOD POSINING THERE BODY'S BLOOD, SALIVA AND WASTE SHIT IN EVERYTHING I CONSUME FEDERAL LAW INJURY'S MENTAL DISTURBANCE, FACIAL DISFIGURATION KIDS AND BRAIN FAILED TO FUNCTION FROM THE ILLEGAL GODLY FOOD IMPLAINT OF THEM SIX NIGGA'S

ATTACH SHEET - THREE -

III

STATEMENT OF CLAIM.

DESTROY PEICE OF MIND, THOUGHT AND COMPREHEN'ION PERSONAL INJURY MENTAL INTERFERENCE, PHYSICAL INTERFERENCE TO COMPETENTLY APPEAL A CAPITAL COMPLAINT. BLOOD FOOD POSINING FROM RICK JAMES, HOODLUM AND SAN QUENTIN MAIL ROOM (HIS STREET GANG, MOTOWN MOTOWN LABEL COMPLETE, LOSS OF MEMORY AND TO DROP DEAD FROM VOODOO BLOOD FOOD POSINING. PLAINTIFF INCENTLY AND WISH'ES TO FILE FEDERAL CIVIL LAW SUIT, AND EQUAL PROTECTION OF HIS LIFE AGAINST THUG'S WITHIN THE SAN QUENTIN UNIT'S, SYSTEM'S AND IMPRISON[illegible] CELLS I AM BEING REFUSED THE "RIGHT TO A INMATE IN HOUSE CELL "CHANGE, ALSO A CELL "CHANGE OUT OF THE SAN QUENTIN EAST BLOCK. REFUSED THE RIGHT TO SPEAK WITH UNIT SERGEANT OR LT. MY LIFE IS IN FATAL DANGER OF SHERIFF'S LIVING IN SAN QUENTIN EAST BLOCK, AND THEIR ORGANIZED PLOTS WITH INMATE'S TO DESTROY MY LIFE, MY APPEAL ABILITY TO TALK OR SPEAK. ALL ATTACHED RIGHTS AND FRIENDSHIP WITH OTHER INMATES FOR ME TO COMMIT A VIOLENT CRIME BAD ENOUGH FOR ME TO DESTROY CAPITAL APPEAL, AND CHARACTER MITIGATION STRONG POINTS, OR ANGER TO SAY SOMETHING FOOLISH INVOLVING MY CAPITAL ^CRIMINAL COMPLAINT

PLAINTIFF SUFFERS DAMAGES AND WISHES RELANCE, MEDICAL TREATMENT AND TO BE REHOUSED.

CONTINOUS AND DAILY WATER FINALLY TO LOCK ALL [illegible] IN BODY, NUMBING OF HEAD AND BLACK OUTS, PALICKSEE 'EM WATER FINALLY FROM SAN QUENTIN SHER [illegible] EAST BLOCK AND THIS CONDEMNED COCK SUCKING INMATE WHO PRETENDS, AND ACTS LIKE HE IS THE [redacted] WARDEN AYKIE.

INMATE IN PAIN NEARLY (24) HOURS A DAY. HAIR INSTANTLY GROWING ON FACE BLACK AND GRAY EXTREMELY DEBILITATING, SEE, MERITT MILLER V. TINA TURNER. "BONIE ASS MEDICATION FOR SEIZURE MEDICATION MYSOLINE PRIMIDONE 250mg. MEDICATION LACED WITH BONES THAT IS CAUSING BRAIN DAMAGE ALTERING MENTAL FUNCTIONS AND ABILITY TO HAVE MENTAL COMPREHENSION (SOME KIND OF "JACKSON MANIAN OR DUMMIE") MY TRUE NAME IS DELANEY BETAL MARKS, 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 CDC E-20346 AVOCA PRIOT CDC, L-80253 WATER AND BLOOD POISONING DAILY FROM JACKSONS AND RICK JAMES HOODLUM. PROJECT HOUSING *2005 A POPE ST. (ALAMEDA, CITY OAKLAND ALAMEDA COUNTY) FROM "29" YEARS AGO PROJECTS TORE DOWN & DESTROY 1980.

ATTACH SHEET - FOUR -

III

STATEMENT OF CLAIM.

CRUELTY HOUSING AND SHELTER, WANTON BARBAROUS HOUSING AND SHELTER. SAN QUENTIN PRISON INMATE ON CAPITAL APPEAL

CLAIM II NEW PARAGRAPH

SAN QUENTIN SHERIFFS ARE NOT ALLOWED TO PERFORM ACTIONS OR MISSIONS, THAT ARE NOT CDC REGULATION, LAW PRACTICE, CORRECTIONAL LAW OR UNPROFESSIONAL CONDUCT, ORGANIZED PLAYER HATER BEHAVIOR WITH POLICE INFORMANTS MODIFYERS SAN QUENTIN SHERIFFS -- MISCONDUCT. THAT A LAW SUIT IS EXCEPTED AND FILED. THAT DEFENDANT IS REHOUSED FROM EAST BLOCK SAN QUENTIN BEFORE HE DROPS DEAD IN HIS OWN "CELL, AND FOR HIS OWN SAFETY, PROTECTION AND EQUAL PROTECTION 8th AMEND. STATE AND FEDERAL. I ASK FOR CLEMENCY AND MERCY COURTS CLEMENCY AND MERCY (17½) YEARS CAPITAL IMPRISONMENT, THAT A FEDERAL INVESTIGATION IS "DONE" "OF" DEFENDANTS, PUBLIC MONEY BANKING ACCOUNTS, CREDIT CARDS, G.I. BILL STUDENT LOANS AND CAMPUS ADMITTING ENROLLMENT DELAYANCE, G.I. BILL CAMPUS VETERAN STUDENT FUNDING

SAME BANKS FROM 1983, TO 1990. THREE MONTHS FROM 1991.

BANK OF AMERICA, PARK STREET AND SANTA CLARA CITY OF ALAMEDA OAKLAND ALAMEDA COUNTY, ACCOUNT 471.00 DIGITAL WINDOW AND SAVING ACCOUNT.

FIRST NATIONAL BANK: SANTA CLARA AND PARK ACCOUNT 1,100.00 TO 2,000.00 DOLLARS TONTEY AND SAVING CITY OF ALAMEDA OAKLAND ALAMEDA COUNTY

South SHORE CENTER Shopping MALL TWO MAJOR CREDIT CARDS J.C. PENNEY'S AND MERVYN'S DEPARTMENT STORES VALUE OF BOTH CARDS 300.00 DOLLARS A PEICE CITY OF ALAMEDA, OAKLAND ALAMEDA COUNTY

#8 BANK OF AMERICA WEBSTER STREET AND LINCOLN CITY OF ALAMEDA OAKLAND ALAMEDA COUNTY ACCOUNT 1,000.00 IN "SAVING BOND", AND MORE THAN 1,000.00 IN WINDOW TELLER ACCOUNT, DELANEY BEIAL MARKS.

#9 "CROCKER" BANK BROADWAY, 13th. AND FRANKLIN CITY OF OAKLAND, OAKLAND ALAMEDA COUNTY, ACCOUNT 4,000.00 DOLLARS DIGITAL WINDOW AND SAVING ACCOUNT, DELANEY BEIAL MARKS: HONORABLE VETERAN, HONORABLE SERVICEMEN OF FOREIGN WARS. 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, SERVICE NUMBER, SOCIAL SECURITY. "CLEMENCY"

ATTACH SHEET -FIVE-

III

STATEMENT OF CLAIM.

CLAIM III NEW PARAGRAPH

SAN QUENTIN PRISON IN ATTEMPT OF "MURDER" BY CONTROL FEEDING, T.O.S. OLTEN, BONIC -- RESULT OF "OXYGEN" TO GO TO BRAIN "TO" THINK. NATHE COLE "VOMITE" IN ALL THING'S I EAT OR CONSUME. HUMILATION, DEPRESSION, AFRAID TO EAT, EMBARASSMENT. COLE, SAN QUENTIN SHERIFF'S THMAL EAST BLOCK. /s/ DELaney H. Marks (I.D.E.)

I ASK WITH GREAT CLEMENCY, OF THE FEDERAL COURT THAT WITHIN THIS COMPLAINT, A COMPLAINT IS LEGALLY FILED AGAINST AC TRANSIT OF EAST BAY CITY OF RICHMOND THE END OF IT'S 72 BUS LINES MAINTENCE LABOR LOCATION AND OFFICES MAC DONALD AVENUE CITY OF RICHMOND. D.L. BLAZE INSURANCE ADJUSTERS AC TRANSIT OF EAST BAY INSURANCE ADJUSTERS "LOCATION" NOT RICHMOND. WEST GRAND, BROADWAY AND WEBSTER CITY OF OAKLAND, OAKLAND ALAMEDA COUNTY. BECAUSE OF HEAD INJURY'S, INCARCERATION MEDICATION INJECTIONS OF MEMORY LOSS AND RE LOCATIONS I WAS UNABLE TO PICK UP BOTH RETAINERS THAT WERE SETTLED BETWEEN THE TWO COMPANYS AND MYSELF. COMPLAINT COMMENCED WITH A 5,000 000.00 DOLLAR "REQUEST" FROM "PLAINTIFF"

THE FIRST "CIVIL" SETTLEMENT WAS REACHED IN THE CITY OF RICHMOND INVOLVING THE BUS AUTO ACCIDENT; I WAS "NEVER" GIVEN THE MONEY "SETTLEMENT" AND IT CONSISTED OF TWO WEEKS LABOR WITH AC TRANSIT OF EAST BAY CITY OF RICHMOND. MEDICAL OBSERVATION AND TREATMENT FROM THERE DOCTORS COUNSELOR AND HIGHLAND HOSPITAL INCLUDING EXRAYS TO CONFIRM HEAD INJURYS. SETTLEMENT WAS REACHED AND MADE AT 250,000.00 DOLLARS IN MONEY DAMAGES AND DAMAGES, 8th OF MONTH OF 1990. MEDICAL TESTING CAT SCANERS, VERBAL QUESTIONING, EXRAYS, COUNSELING AND OTHER GOVERNMENT TESTING, ALSO MENTAL HEALTH AGAIN SETTLEMENT WAS REACHED AND AGREED UPON AT 250,000.00 DOLLARS FOR PLAINTIFF DELANEY BERYL MARKS, CASE NUMBER 88-35361 88-2762 AC TRANSIT, COMPLAINT HEARD ORALLY OAKLAND ALAMEDA CITY OAKLAND "CIVIL" SUPERIOR COURTHOUSE

IT WAS A WRITTEN AND SIGNED AGREEMENT OUT OF COURT, ON THE WORK LOCATIONS AND OFFICES OF AC TRANSIT CITY OF RICHMOND, I THE PLAINTIFF AND DEFENDANT STILL HAVE NOT RECEIVED

ATTACH SHEET - SIX -

III

STATEMENT OF CLAIM.

MY RETAINER AND FEDERAL CIVIL SETTLEMENT CAN THESE RESOURCES MONEY DAMAGES, AND CIVIL CONTRACTS BE BY FEDERAL LAW AND LEGAL INVESTIGATION RECOVERED. TO RIGHTFUL OWNER DELANEY BETH MARKS, 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 (I.D.E.) D.L. BLAZE COMPANY INSURANCE ADJUSTER YELLOW CAB OF EAST BAY RICHARD KING.

LAST SETTLEMENT, BOTH ADJUSTERS D.L. BLAZE AND AC TRANSIT OF EAST BAY 1600 FRANKLIN OUT OF COURT "SETTLEMENT" 1,000,000.00 ARRANGED TO BE PICKED UP BY DELANEY BETH MARKS 10-1-1990. WEST GRAND, BRC ADWAY AND WEBSTER, I SIGNED A DECLARATION FORM AND CONTRACT FOR THE MILLION DOLLARS AS SETTLEMENT AND RETAINER TO END THE FEDERAL CIVIL LAW SUIT, AFTER SIGNING NUMBERS OF FORMS AND PHOTO TAKING FOR EXCEPTING OF THE MONEY SETTLEMENT I WAS TAKEN TO A "BANK" ACROSS THE STREET FROM THE LAW ADMINISTRATION BUILDING I WAS IN, TO OPEN A ACCOUNT, I SIGNED A FEW MORE FORMS AND WAS GIVEN A "BANK" BOOK, INDICATING THE AMOUNT OF MONEY THAT WAS JUST DEPOSITED, PLACED INTO THE BANK, AND GIVEN INSTRUCTIONS BY THE ADJUSTERS AND BANK TELLERS AND STAFF, I WOULD HAVE TO WAIT 30 TO 45 DAYS FOR THE MONEY TO CLEAR AND I WOULD BE ABLE TO WITHDRAW FROM THE BANK

AS MUCH AS I WANTED, AS LONG AS IT DID NOT EXCEED STABLE THINKING, AND THAT THE ACCOUNT COMPLETELY BELONGS TO ME. 1,000,000.00 DOLLARS BANK IS ALSO LOCATED ON WEST GRAND, BROADWAY AND WEBSTER. THEY WERE ATTACHED DIRECTLY TO MENTAL HEALTH [illegible] OAKLAND AND THE OAKLAND SUPPORT CENTER CITY OF OAKLAND MARTIN LUTHER KING JR DRIVE INITIAL FRONTS [illegible] OF WEST OAKLAND, AGAIN COMPLAINT SETTLED AT 1,000,000.00 DOLLARS CLEMENCY - MERCY I ASK OF THE FEDERAL COURTS, CLEMENCY AND MERCY MY LIFE HAS BEEN WRONGFULLY TAKEN FROM A CIVILIZED WORLD AND PEOPLE, CAN YOU PLEASE CONDUCT A HOMICIDE CIVIL CAPITAL INVESTIGATION OR A CHIEF FEDERAL CAPITAL CRIMINAL LAW INVESTIGATION -- DAMAGED AND PERSONALLY INJURED PLAINTIFF NEVER RECEIVED EITHER OF HIS TWO SETTLEMENTS TOTALLY OVER ONE MILLION DOLLARS A HUMAN LIFE OF A PERSON WAS WRONGFULLY TAKEN CONDEMNED TO BE "MURDERED" AFTER ILLEGAL CIVIL POLITICS AND ALL THAT WAS GIVEN BY PLAINTIFF WAS LARGE AMOUNTS OF HARD WORK, HOW LONG WILL THIS COUNTRY ALLOW THESES TERRORIST TO DAMAGE AND TORMENT ONE PERSON STOP TERRORIST HONOR -- HONORABLE SERVICEMEN, HONORABLE VETERANS & I BILL MONTGOMERY CAMPUS BENEFITS COLLEGE STUDENT GENERAL EDUCATION RECEIVED BETTER MARKS

ATTACH SHEET - SEVEN -

III

## STATEMENT OF CLAIM

ILLEGAL PAINS, ILLEGAL VERY POOR "CAPITAL" PUNISHMENT TERRORIST CAPITAL IMPRISONMENT, PAIN, PAIN AND SUFFERING FROM "NO" JUSTICE, ACTIONS PLANNED OUT AND PREMEDITATED DEEP DEPRESSION, SORROW, GREAT DAMAGES TO AMBITION KILLING MENTAL ENERGY TO "TRY" - PAIN AND SUFFERING FROM UNITED STATE'S NOT PROVIDING ANY CIVIL OR CRIMINAL "RIGHTS" TO RECEIVE CONSTITUTIONAL REMEDIES, OR WHEN PRIMINAL LAW BURDEN'S HAVE BEEN REACHED. "FOUL BARBARIOUS TREATMENT AND "NOTHING"; FOR LIFE AND AS A PERSON JUST A YOUNG MAN TO "HURT", AND B TERROR, TERROR POLITIC'S AND STREET GAMES REMOVING OF ALL RIGHT'S, EVEN EXECUTION APPEALS RIGHTS, TO TROUSER EAST BLOCK PROPERTY RIGHT TO QUARTERLY PACKAGE'S, TAPES, DECENTLY FOODS FROM CANTEEN, FOOD POISINING IN 1/4 PACKAGES. EAST BLOCK IS A THREAT TO MY "CONDEMNED" HUMAN LIFE. AMERICA'S 17 1/2 YEARS TREATMENT FOR DELANEY BERAL MARKS, "ABOVE" TORTURE AND "SANE" BEHAVIOR, PREMEDITATION - KILLING AND MURDEROUS BEHAVIOR DAILY.

COMPLAINT MARKS V. DUBLIN SHERIFFS SANTA RITA FACILITY'S JUDGE FMS. 450 GOLDEN GATE, PLAINTIFF RECEIVED NOTHING BUT THE POLITICAL JUDGES FAILURE TO AWARD THE "REVERSED" COMPLAINT 500,000.00 TERRORIST JUDGEMENT & TERRORIST JUDGES OLD GREAT

[illegible] "ROBBERY" [illegible]

PLEASE, COURTS PLEASE CONDUCT A ~~INVESTIGAT~~ INVESTIGATION, SAVE A HUMAN LIFE FROM [illegible] 1ST "MURDER." I ASK OF YOUR CLEMENCY AS [illegible] [illegible], CAPITAL STAFF MEMBERS, AND CAPITAL POLICE. I STILL SUFFER CAPITAL IMPRISONMENT WITH NO "HOPE" JUST TO FACE A ILLEGAL U.S. CONSTITUTION WITHOUT ANY JUSTICELY AMENDMENT, OR RIGHT TO MUCH EARNED DESERVED JUSTICE. Summited HONORABLE DELANEY BERN MARKS, I REST MY COMPLAINT. MERCY

COMPOSED BY

/s/ IMMANUEL D. EMPEROR

~~[illegible]~~,

INSTANT OFFENSE

~~HONORABLE VETERAN~~

/s/ Delaney H. Marks

Date: 8-13-2007

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

INMATE/PAROLEE APPEAL FORM

Location: Institution/Parole Region Log No. Category

I RECEIVED INSTRUCTION TO COMPLAINT (MOD) JULY NOT FILED DATE OF JULY 5, 2007 C07-3501 SBA

CAPITAL OPEN

COURTS IMMEDIATE INFORMATION HOUSING DAILY INTENT OF HOMICIDE.

"SUIT"

MOTOWN, EPIC RECORDS, NATION OF ISLAMIC, I AM NOT ATTACHED TO THIS NEW OF A ALAMEDA HOUSING PROJECT; EITHER #210 MADISON LAKE APARTMENTS -- SUIT BY LAW, NAME MEMBERS - COURTS

JIMMIE LEE MARKS (HEAD OF BLACK MUSIC ISLAMIC UNDER GROUND) JACKIE JACKSON, D. J. RICK JAMES HOODLUM, RON ONEAL, 70-70 WOODS, RUTH WOODS, DISTRICT ATTORNEY OF ALAMEDA "SMART", SMACK DOWN BIG SHOW, HAZEL JACKSON AND THE CITY OF ALAMEDA HORSE STABLE ROLLERS, TO CAUSE EYES TO MISS FUNCTION AND TO BLINK LIKE A OLD STABLE HORSE. INVASION OF (5) SENSE, TO ILL FATALLY, ILLITERATELY CONTROL THEM TO SOUND & RESPOND AND BEHAVE LIKE HIM, CAUSING HOTTING AND "ODORS" INTO MOUTH DAILY, EFFECTING BREATHING CAUSING GREAT "SICKNESS". DEFENDANT HAS REMAINED ADULT HOOD MORE THAN (15) YEARS, THE MAN AND HIS SUBTLE [illegible] [illegible] THINKING HAS LOST IT [illegible] STAIRS. I DON'T WANT HONOR THEM, DESTROYING AMBITION TO PRACTICE HOBBIES OR "THINK", DESTROYING SANITY. MICHAEL JACKSON BONIC FOOD POSINING [illegible] OM A HOUSING PROJECT THAT WAS TORE DOWN (228)

COMPLAINT
C 07-3501 SBA

YEARS AGO, DIET REMOVES ABILITY TO HOLD A THOUGHT, TO COMPREHEND WHAT YOU ARE VISIONLY SEEING, FOR MIND AND "BRAINS" TO REMAIN LIKE EVERYTIME YOU HEAR A VOICE THAT THE PEOPLE ARE TALKING ABOUT YOU, EVERY TIME YOU HEAR SOMETHING IMPORTANT THAT PEOPLE ARE TALKING ABOUT YOU; WHEN KNOWONE IS THINKING OR CONCERN ED WITH A THING YOU ARE DOING A MENTAL BRAIN "SWELLE" ~~4~~A ROTO AND SPANISH ACCIENT FOOD DIET AND POSINING; REOPEN, LIVE IT OFF THE WALL DUMBE, VOODOO DOLL, BALLACIC RADIO, WHITEHOUSE MANOR A ROTA AND SPANISH ACCIENT FOOD DIET AND POSINING, DAILY ILLUSTRATION.

FACIAL DAMAGE OF SKIN WRINKLES DOWN THE LEFT SIDE OF FACE, LIKE SAN QUENTIN EAST BLOCK FEMALE MEDICAL ATTENDED M.T.A. SHERRY SWELLING AND WRINKLING OF BOTH HAND JUST LIKE HERS ALSO NOW PINK AND RED LIPS, WASTE GASES TO COME FROM MY STOMACH INTO MY MOUTH DAILY TWO TO THREE TIMES BREATHING LOUD SCREAMING AND THOUGHTS OF INSANITY BEHAVIOR "PLEASE STOP "PIMPING" MACK BOO "[illegible]" [illegible] YOU BACK DIM EMANUEL D. EMPEROR 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, CDR; C-80253, LOS ANGELES COUNTY CDC E-20346 WEST

PAGE 2

COMPLAINT
C 07 3571 SBA

OPENING

RECEIVED
07 AUG 22 PM 1:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SBA

BLOCK SAN QUENTIN.

I AM NOT JIMMIE HENDRIX SON, JIMMIE LEE MARKS SON EITHER -- OR A VOODOO DOLL FOR PACIFIC BELL, MANIAC, OR STUNT MAN. EXCE SSIVE AND EXTREME MENTAL DAMAGES. ISLAMIC, DRINKING WATER POSINING, BY CHEMICAL'S TOI LET WATER, MIND & MENTAL CONTROLLERS, ISLAMIC LIQUID WATER MICRO FILM TO STOP BLOOD CAPILLATION FLOW IN HEAD OF BRAIN CELL'S, HAIR TO SUDDENLY [illegible] DEAD ON FACE, TO SEE COCK ROACHES AND THERE'S NOTHING THERE, DAMAGE ABILITY TO TALK; MISCON DUCT CRUELTY TO CAUSE MENTAL BLOCK, "ANGER, LOUD SHOUTING AND FOR BRAIN TO BECOME IDOL WITHOUT FUNC TION AND NEARLY UNABLE TO "SPEAK", WITH ALMOST KNOW VISIONAL COMPREHENSION, RESPONSIBLE PARTY'S JACKIE JACKSON, LOUIS FARRAKON, AND THE ROPE-A-DOPE --- ISLAMIC. "DISNEY PROBLEMS WITH CHILDREN KIDS, THE & 76ER DOCTOR J., DELANEY BER AL MARKS ORIGINAL U.S. NAVY, HONORABLE VET. HIGH SCHOOL GRAD. TRADE SCHOOL GRAD. COMPU TER OPERATION. NAVAL ORDENANCE SCHOOL GRAD. 1987. TODD SHIP YARD, TREASURE ISLAND, N.A.S. ALAMEDA 1987-1988.

APPEAL OF "DOUBLE HOMICIDE".

/S/ Delaney A. Marks

LAS VEGAS TYPE FINALLY & MURDER ISLAM IS strike "TERRIOSE" TERRORIST NO FUNDAMENTAL RESPECT FOR HUMANITY.

C-80253

E-20346, Failure

2 BA 68

CONDEMNED INMATE

DELANEY GERALD MARKS

Hon. Veteran.

TIZEN COMPLAINT
CONSTITUTIONAL INCENTION

HONORABLE JUDGE

FILED
JUL 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA

TO "PREMEDITATED", DISTORT... FIRST OFFENSES ... DEAL

WANTON FATAL HOUSING, WATER AND "FEEDING" FEDERAL 8th AMEND. INTENTIONAL VIOLATIONS

C 07 3501 (PR)

"CITIZEN COMPLAINT ON APPEAL

COMPLAINT FOR DECENT ... HOUSING JUSTICE

...LEM ARISING FROM "JIMMIE LEE MARKS MY) CHIEF EN... LIKE I HATE THE "NIGGA" (72) YEAR "OLD" MAN, JIM... LEE MARKS, BILL BONDE MUSIC AND RECORDS. EXCESS..., CRUELTY, VOODOO, UNSANITARY "TRIAL, WATER BLOOD, ...STE, SALAVIA, BLACKOUT, MENTAL DEFECTS, ROPE A... DOPE STYLE FEEDING OF MENTAL DEPRESSION, TOXIC ACT... ...GRADED BODILY FOOD POISONING TO CAUSE MENTAL AND PHYSIC... DAMAGES, PHYSICAL AND MENTAL DISORDERS - SEVERE ...NTROL DIET (3) - TIMES A DAY SEVERE PAINFUL STO...ACH PAINS "HERNIA", GROWING DISORDERS AND PAINS, EX...SSIVE BOWEL MOVEMENT EACH TIME YOU READ OR THINK ...F "APPEAL'S "CORRECTION" AND LEGAL REMEDY -- VOODOO FO... POISONING THREE TIMES DAILY DIRECTED BY JIMMIE LEE ...ARKS THE MAN'S A VERY POOR ROOFER WITH SMALL AMBITION... WHO KILLED MY MOTHER IN MID 1989, I HAD KNOW [redacted] ...ELATIONSHIP WITH JIMMIE LEE MARKS OR MARKS FAMILY OR ...AMERICA CITY, ONLY NATURAL MOTHER, ONLY MRS. MARKS ...ANAGER OF KELLOGG'S CEREAL FOOD COMPANY, WHO OFTEN ...AVE AID WITH MY SCHOOLING PROGRAM WAS MURDER ...ND KILLED BY VOODOO HEART ATTACK FOOD POISONING FROM JIMMIE LEE MARKS. WHO CONSIDERS HIS SELF A OLD PLAYER. VOODOO ALSO CAUSING EXTREME BLINKING OF EYES, AND EYES ...O BLINK AND FUNCTION LIKE A OLD STABLE HORSE I "WARPED" ...FTEN TIMES FEELING LIKE MY MIND IS "WARPED",

SEE BACK PAGE

HONORABLE VETERAN, CONDEMNED
INMATE, DELANEY GEAL MARKS
P.O. BOX E-20346/2-BAY-68 EAST
BLOCK CALIFORNIA STATE PRISON
SAN QUENTIN SAN QUENTIN, [illegible]
CALIF, 94974

USA FIRST-CLASS FOREVER
SAN QUENTIN STATE PRISON

LEGAL MAIL

COURTS,
RICHARD W. WIEKIN

PRO PE

SBA

"EMPEROR"

Emmanuel D. Emperor

RECEIVED
07 AUG 22 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE UNI
DISTRICT COURT FOR
ERN DISTRICT OF CAL
450 GOLDEN GATE A
36060, SAN FRANCISC
94102

LEGAL MAIL